AO 442 (Rev. 12/85) Warrant for Arrest       AUSA POWELL/ S/A JOHN DEVITO

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

KENYATTA BROWN

## WARRANT FOR ARREST

CASE NUMBER: 00-6240-CR-WP

TO: **The United States Marshal
and any Authorized United States Officer**

AUG 2 4 2000

CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest **KENYATTA BROWN**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section ____922(g)(1)____

CLARENCE MADDOX                              CLERK OF THE COURT
Name of Issuing Officer                          Title of Issuing Officer

*[signature]*                                AUGUST 24, 2000, FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                      Date and Location

Bail fixed at $ __Pre-trial detention requested__ by *[signature]* Lurana S. Snow
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

