UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6240-CR-DIMITROULEAS(S)</u>
18 USC § 922(g)(1)



UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENYATTA JARON BROWN,

        Defendant.
_____/

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about July 16, 2000, in Broward County and elsewhere, in the Southern District of Florida, the defendant,

KENYATTA JARON BROWN,

having been convicted on or about July 14, 1997, in the Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida, of crimes punishable by imprisonment for a term exceeding one year, that is, carrying a concealed firearm, did knowingly possess a



firearm in and affecting commerce, to wit: a Chinese SKS assault rifle, 7.62 X 39 mm caliber, serial number 1617037, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __KENYATTA JARON BROWN__   No.: 00-6240-CR-DIMITROULEAS(S)

Magistrate Case No.:

**Count #:1**
Possession Of A firearm By Convicted Felon

Title 18, United States Code, Section 922(g)(1)

*Max. Penalty: up to 10 years imprisonment and a $250,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:
**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. __00-6240-CR-DIMITROULEAS (S)__ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KENYATTA JARON BROWN | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)    Yes ___    No _X_
Number of New Defendants    __0__
Total number of counts    __1__

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   |  |  |  |  |  |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _YES_
   If yes:
   Judge: _JUDGE DIMITROULEAS_    Case No. _00-6240-CR-WPD_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __07/16/00__
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ____NO____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached    REV.6/27/00