UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6240-CR-WPD(s)

UNITED STATES OF AMERICA

vs

KENYATTA BROWN

ARRAIGNMENT INFORMATION SHEET

FILED by
AUG 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF F.A
FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on August 16,2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:               Address: __custody_____

                         _____

                         Telephone:_____

DEFENSE COUNSEL:         Name:____FEDERAL PUBLIC DEFENDER_____

                         Address:_____

                         _____

                         Telephone:_____

BOND SET/CONTINUED:      $____TEMPORARY PTD_____

Bond hearing held: yes_____ no__X__ PTD hearing set for__8-22-01_____

Dated this__16TH___day of ___AUGUST_____,2001.

                         CLARENCE MADDOX
                         COURT ADMINISTRATOR/CLERK OF COURT

                         By:_____
                         Deputy Clerk

                         Tape No.____01-039_____

cc: Copy for Judge
    U. S. Attorney