## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: KENYATTA BROWN (detainer pickup) | CASE NO: 00-6240-CR-DIMITROULEAS |
| AUSA: ROGER POWELL / Hardfeld | ATTY: Bernardo Lopez |
| AGENT: | VIOL: 18:922(g)(1) |
| PROCEEDING: I/A ON SUPERSEDING INDICTMENT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: FPD |
| BOND SET @: | To be cosigned by: |

FILED by D.C.
AUG 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Deft advised of charges
sworn for oral

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8-22 | 10:30 | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-4 | 11 | Seltzer | |

DATE: 8/16/01   TIME: 11:00   FTL/LSS TAPE # 01 - 039   Begin: 931   End: 1089