AO 442 (Rev. 12/85) Warrant for Arrest          AUSA POWELL/ S/A JOHN DEVITO          501277

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KENYATTA BROWN

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6240-CR-WPD

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENYATTA BROWN

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section 922(g)(1)

| CLARENCE MADDOX | CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | AUGUST 24, 2000, FORT LAUDERDALE, FLORIDA<br>Date and Location |

Bail fixed at $ Pre-trial detention _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Detainer pick up from BSO

| DATE RECEIVED<br>8/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, U.S. Marshal<br>Southern District of FL | SIGNATURE OF ARRESTING OFFICER<br>John Walker, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>8/16/01 | | |

AO 442 (Rev. 12/85) Warrant for Arrest