UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55888-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6240-CR-WPD
                          ) REPORT COMMENCING CRIMINAL
       -vs-               )              ACTION
                          )
KENYATTA BROWN            )
            Defendant
*************************************************************
TO: Clerk's Office    MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 8-16-01          am/pm

(2)  Language Spoken:        ENGLISH

(3)  Offense (s) Charged: FELON POSS FIREARM
     _____

(4)  U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 4-24-79

(6)  Type of Charging Document:  (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date: 8-16-01   (9) Arresting Officer: G. GRANT

(10) Agency: USMS           (11) Phone: _____

(12) Comments: _____