UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6240-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

Kenyatta BROWN

     Defendant.

_____/

## REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

     The Defendant, Kenyatta Brown, through undersigned counsel, and pursuant to Fed. R. Crim.

P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to

introduce during its case-in-chief. As to each potential expert witness, it is requested that the

government disclose the name of the expert, the witnesses qualifications, present employment, a

summary of the witness' opinion, and the basis and reasons for the opinion.

     Respectfully submitted,

     KATHLEEN M. WILLIAMS
     FEDERAL PUBLIC DEFENDER

By:

     Robert N. Berube
     Supervisory Assistant
     Federal Public Defender
     Florida Bar No. 304247
     Attorney for Defendant
     One East Broward Boulevard, Suite1100
     Fort Lauderdale, Florida 33301
     (954) 356-7436 / (Fax) 356-7556



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this _17_

day of August, 2001, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort

Lauderdale, Florida 33301.

Robert N. Berube