## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | KENYATTA BROWN (J) | CASE NO: | 00-6240-CR-DIMITROULEAS |
| AUSA: | ROGER POWELL /Bardfeld/ | ATTY: | ROBERT BERUBE, AFPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | 50,000 CSB |
| BOND HEARING HELD - yes /no | | COUNSEL APPOINTED: | |
| BOND SET @: | 50,000 CSB | To be cosigned by: | |

FILED by _____ D.C.
AUG 24 2001
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.
CLERK U.S. DIST. CT.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't recommends 50,000 CSB & defense agrees

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

| DATE: | 8/24/01 | TIME: | 11:00 | FTL/LSS TAPE # 01 - | 041 | Begin: | 1268 | End: | 1331 |

