**COURT MINUTES**

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: KENYATTA BROWN (no deft)    CASE NO: 00-6240-CR-Dimitrouleas

AUSA: Roger Powell _[signature]_    ATTY: FPD _[signature]_

AGENT: _____    VIOL: _____

PROCEEDING: Status Conference    RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____   D.C.

FILED BY INTAKE
SEP 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.    _discovery out —_
- ❑ Rpt to PTS as directed / or ___ x's a week/month by phone. ___ x's a week/month in person.    _not rec'd_
- ❑ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.    _3 days to try_
- ❑ Maintain or seek full - time employment.    _2nd ready_
- ❑ No contact with victims / witnesses.    _no mots_
- ❑ No firearms.
- ❑ Curfew: _____
- ❑ Travel extended to: _____
- ❑ Halfway House _____

---

**NEXT COURT APPEARANCE:**   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 9-4-01   TIME: 11:00am   TAPE # 01- _CCC_   Begin. 1   End 50

