UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6240-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

KENYATTA BROWN,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 4, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response. He will move to compel the response if it is not received by today.

DATED at Fort Lauderdale, Florida this ____ day of September 2001.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant