IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.: 00-6240 CK (~~62040~~)

Plaintiff,

JUDGE WILLIAM DIMITROULEAS

v.

KENYATTA JARON BROWN

Defendant.
_____/

## NOTICE OF APPEARANCE



The law firm of ROBERT C. STONE, P.A. hereby enters its appearance on behalf of Defendant,

KENYATTA JARON BROWN.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail to

Roger Powell, the United States Attorney's Office, 299 East Broward Boulevard, Ft. Lauderdale, FL

33301, on this 10th day of September, 2001.

LAW OFFICE OF ROBERT C. STONE, P.A.
One Boca Place, Suite 234W
2255 Glades Road
Boca Raton, FL 33431
(561) 997-9350

By: _____
ROBERT C. STONE, ESQ.
Fla. Bar No.: 0106117

