UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6240-CR-DIMITROULEAS

Plaintiff,

vs.

KENYATTA JARON BROWN,

Defendant.
_____/

### ORDER DENYING MOTION FOR CONTINUANCE OF TRIAL DATE, WITHOUT PREJUDICE

THIS CAUSE having come before this Court on Defendant's September 14, 2001 Motion

For Continuance, and the Court noting that no proposed order, as required by Local Rule 7.1A12

was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby Denied Without

Prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_14_ day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert C. Stone, Esquire
2255 Glades Road, #234W
Boca Raton, FL 33431

Roger Powell, AUSA

