UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6240-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENYATTA J. BROWN,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Kenyatta J. Brown, be terminated as the Defendant has retained Robert C. Stone, Esq., 2255 Glades Road, Suite 236 W, Boca Raton, Florida 33431, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

                      Respectfully submitted,

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

By: _____

    Robert N. Berube
    Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 304247
    Attorney for Defendant
    One East Broward Boulevard, #1100
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this ____ day of September, 2001, to Roger Powell, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Robert C. Stone, Esq., 2255 Glades Road, Suite 236 W, Boca Raton, Florida 33431 and Kenyatta J. Brown, Reg No. 55888-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube