UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___00-6240-CR-DIMITROULEAS(S)___

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KENYATTA JARON BROWN,

      Defendant.
_____/

GOVERNMENT'S FIRST SUPPLEMENTAL
RESPONSE TO THE STANDING DISCOVERY ORDER

     The United States hereby files this First Supplemental
Response to the Standing Discovery Order.    This response also
complies with Local Rule 88.10 and Federal Rule of Criminal
Procedure 16, and is numbered to correspond with Local Rule 88.10.

> 6.    A laboratory analysis report regarding the firearm
> used in connection with this case is attached.
>
> M.    The government is aware of latent fingerprints or
> palm prints which have been identified by a
> government expert as those of the defendant and the
> report is attached.

     The government is aware of its continuing duty to disclose
such newly discovered additional information required by the
Standing Discovery Order, Rule 16(c) of the Federal Rules of
Criminal Procedure, Brady, Giglio, Napue, and the obligation to
assure a fair trial.



The attachments to this response are numbered documents 00076 - 00081 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

          By: _____
                    ROGER W. POWELL
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No.341411
                    500 E. Broward Blvd., Suite 700
                    Fort Lauderdale, Florida 33394
                    Tel:(954)356-7255; Fax:356-7336


cc: Special Agent John Devito,
    ATF


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

was mailed by United States on September 18, 2001 to:

          Mr. Robert C. Stone, Esq.
          Attorney for Defendant Brown
          One Boca Place, Suite 234W
          2255 Glades Road
          Boca Raton, FL 32431


                    _____
                    ROGER W. POWELL
                    ASSISTANT U.S. ATTORNEY

2