UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6240-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENYATTA J. BROWN,

    Defendant.

_____/

### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Kenyatta J. Brown, has retained Robert C. Stone, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause. $CDE-243$

DONE AND ORDERED this ___ day of September, 2001 at Fort Lauderdale, Florida.

BARRY S. SELTZER W/ P. Dim*TROULICAS*
United States Magistrate Judge
DISTRICT

cc:    Robert N. Berube, AFPD
       Roger Powell, AUSA
       Robert C. Stone, Esq.
       Kenyatta J. Brown, Defendant

