**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
SEP 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6240-CR-WPD     DATE: September 21, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    vs.   Kenyatta Jarvis Brown

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: Robert C. Stone

REASON FOR HEARING: Calendar Call / Status Conference.

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 10/19/01     TIME: 9:00     FOR: Cal Call
MISC: 10/22/01                              2 week trial period