UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.     CASE NO. 00-6240-CR-DIMITROULEAS

KENYATTA JARON BROWN

TYPE OF CASE:     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**October 18 , 2001 AT 9:00 A.M.**

(Previously set for 10/19/01 at 9:00)

TYPE OF HEARING:     CALENDAR CALL/STATUS CONFERENCE

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 9, 2001

cc:    Roger Powell, AUSA
       Robert Stone, Esq.

