UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6240-CR-DIMITROULEAS

Plaintiff,

vs.

KENYATTA JARON BROWN,

Defendant.
_____/

### ORDER SETTING HEARING

THIS CAUSE having come before this Court on Defendant's October 15, 2001 Motion To Suppress [DE-30], the Court sets an evidentiary hearing for <u>October 18, 2001 at 4:00 P.M.</u> The Calendar Call is also reset for that time.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of October, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert C. Stone, Esquire
Suite 234 West Boca Place
2255 Glades Road
Boca Raton, Florida 33431

Roger Powell, AUSA

