# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

---

CASE NUMBER: 00-6240-CR-WPD   DATE: October 18, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: ~~Bob Ryckoff~~ Carl Schanzleh

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Kenyatta Jarin Brown

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Robert Stone

REASON FOR HEARING: Deft's motion to Suppress

RESULT OF HEARING: Deft invokes Rule. Gov't Case. Gov't Rests. Deft's Case.

CASE CONTINUED TO: 10/25/01   TIME: 9:30   FOR: Deft's Case

MISC: Continued