# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6240-CR-WPD      DATE: October 25, 2001

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Khengatta Quon Brown

U.S. ATTORNEY: Roger Buell      DEFT. COUNSEL: Robert Stone

REASON FOR HEARING: Motion to Suppress Continued

RESULT OF HEARING: from 10/18/01.

Wyatt testi. Deft's argument. Gvt responds.
Deft's motion to suppress is Denied.
Court will enter a written order.

CASE CONTINUED TO: 11/1/01   TIME: 9:00   FOR: Cal Call
MISC: 11/5/01  2 week trial period.