# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. Kenyatta Jarm Brown

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6240CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Teju Powell, AUSA | Robert Stone |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10/18/01, 10/25/01 | Carl Schanzleh | Ken Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |   | 10/18/01 |   |   | Off. Matthew Cutcher |
| ✓ |   | 10/18/01 |   |   | Off. Tim Church |
| 1 |   | 10/18/01 |   | ✓ | Rifle clip |
|   | ✓ | 10/18/01 |   |   | Kenyatta Brown |
|   |   | 10/25 |   |   |   |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages