# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6240-CR-WPD   DATE: November 1, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Kenyatta Jaux Brown

U.S. ATTORNEY: Moji Powell    DEFT. COUNSEL: Robert Stone

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1.

Court accepts guilty plea

CASE CONTINUED TO: 1/10/02    TIME: 10:00    FOR: Sentencing

MISC: Written plea agreement filed.