UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6240-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

KENYATTA JARON BROWN,

        Defendant.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel, ROBERT C. STONE, ESQUIRE, files this notice of unavailability on the dates hereafter set forth:

**December 21, 2001 through and including January 2, 2002**

and respectfully requests that no hearings or depositions be scheduled during this time; no motions, requests to produce, interrogatories or other pleadings to be filed which require a timely response during this time; and that all pending matters remain in status quo, during these periods of time.

      The filing service of this notice shall constitute as application and request for continuance, extension of time and/or protective order as appropriately required for the above-reasons.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to the United States Attorney Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, on this _____ day of December 2001.

                    LAW OFFICE OF ROBERT C. STONE, P.A.
                    One Boca Place
                    2255 Glades Road, Suite 234W
                    Boca Raton, FL 33431
                    (561) 995-9850

                    By:_____
                         ROBERT C. STONE, ESQ.
                         FLORIDA BAR NO.: 106117