# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
JAN 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6240-CR-WPD  DATE: January 10, 2002

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Donna Williams (?)     INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Kenyatta Gwenn Brown

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: Robert C. Stone

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 70 Months BOP, 3 Years Supervised Release, no fine, $100.00 Assessment

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft. Informed of Right to Appeal.

