Kenyata J. Brown / 55888-004
FCI Williamsburg, Unit 1A Lower
P. O. Box 7007
Salters, SC 29590

October 29, 2004

Re: Case # 00-6240CR WPD

William Dimitrouleas
HONORABLE JUDGE
U.S. Fed. Bldg. & CtHse
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301

Honorable Judge,

In regards to the above described case, please entertain this letter as a formal request for a sentencing clarification.

Accordingly, I was sentenced to a term of 70 months in custody of the Federal BOP. Upon sentencing, your honor advised in open court, that I receive credit for time served extending from the periods between July 16, 2000 through January 10, 2002, which added up to 543 days. However Your Honor, the Bureau Of Prisons has elected to only calculate 147 days credit for time served.

I sincerely and respectfully request that your honor clarify to the BOP as to the issue of your sentencing, in particular of credit for time served.

I thank you for your time, consideration, and assistance.

Sincerely,

Kenyata J. Brown

NON-COMPLIANCE OF S.D. fla. L.R. 5/A2