UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6240-CR-DIMITROULEAS

   Plaintiff,

vs.

KENYATTA JARON BROWN,

   Defendant.
_____/



FILED by _____ D.C.
DEC 0 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before this Court on Defendant's pro se October 29, 2004 Letter/Motion For Clarification [DE-44], the Court having reviewed the sentencing hearing, finds no indication of a discussion of credit for time served. The Motion for Clarification [DE-44] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___8___ day of December, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert C. Stone, Esquire
Suite 234, West Boca Place
2255 Glades Road
Boca Raton, Florida 33431

Roger Powell, AUSA

Kenyatta J. Brown, #55888-004
c/o FCI Williamsburg, Unit 1A Lower
P.O. Box 7007
Salters, South Carolina 29590

