1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,    )  CASE NO. 00-6240-CR-WPD
                             )
         Plaintiff,          )
                             )
    -v-                      )
                             )
KENYATTA JARON BROWN,        )
                             )  Fort Lauderdale, Florida
         Defendant.          )  January 10, 2002
_____)  2:00 p.m.


              TRANSCRIPT OF SENTENCE

    BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

              U.S. DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:     ROGER POWELL, ESQ.
                       Assistant U.S. Attorney


For the Defendant:     ROBERT C. STONE, ESQ.



Reporter:              ROBERT A. RYCKOFF
                       Official Court Reporter
                       299 East Broward Boulevard
                       Fort Lauderdale, Florida 33301
                       954-769-5657
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6240-CR-WPD

### ATTACHMENT TO DOCKET ENTRY: 46

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (i.e. hand written, legal size, light print, etc.)
☐ SURETY BOND (original or letter of undertaking)

## PLEASE REFER TO COURT FILE